CHARLES S. CONE, *et al.,* Petitioners, v. LOTTIE K. BENJA-MIN, Individually, etc., JOE W. DAVIS, Individually, MARYLAND CASUALTY COMPANY, a Corporation, ROYAL INDEMNITY COMPANY, a Corporation, GLOBE INDEMNITY COMPANY, a Corporation, *et al.,* Respondents.

199 So. 927
En Banc
Opinion Filed July 12, 1940
Adhered to on Rehearing January 9, 1941

*James H. Finch, H. H. Wells, Tage Joranson* (Chicago, Ill.), *Harry Hamill* (Chicago, Ill.), *Edward Schatz* (Chicago, Ill.), for Petitioners;

*Joe W. Davis,* in Proper Person, *Raney & Raney,* Attorneys for Maryland Casualty Company, and *McKay, Macfarlane, Jackson & Ferguson,* Attorneys for Royal Indemnity Company and Globe Indemnity Company, Respondents.

PER CURIAM.—Upon consideration of the petition for writ

of certiorari to the order of the Circuit Court dated July 28, 1939, this Court is of the opinion that no error is made to appear in said order and the petition for certiorari is accordingly denied.

Certiorari denied.

TERRELL, C. J., BROWN, BUFORD and THOMAS, J. J., concur.

WHITFIELD and CHAPMAN, J. J., dissent.